

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00748-CV

Thelma I. **SILVA**,
Appellant

v.

**SANTIKOS THEATERS, INC.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12131
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On November 24, 2015, Appellant Thelma I. Silva filed a notice of appeal in this court. *See* TEX. R. APP. P. 25.1(a). On the same day, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fees have been paid. Further, our records do not show that Appellant is excused by statute or rule from paying the filing fees. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's November 24, 2015 letter warned Appellant that if the filing fees were not paid by December 11, 2015, the appeal could be stricken by the court. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised Appellant that the docketing statement must be filed with this court by December 11, 2015. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed. Appellant must file a docketing statement within TEN DAYS of the date of this order.

We ORDER Appellant Thelma I. Silva to show cause in writing within TEN DAYS of the date of this order that either (1) the $205.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.



_____
Keith E. Hottle
Clerk of Court